IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

STEVEN FISHER, Individually, and
ACCESS 4 ALL, INC., a Florida Non-Profit
Corporation,

    Plaintiffs,

vs.

WANG ORGANIZATION, LLC, a Utah
Limited Liability Company,

    Defendant.

Case No: 2:18-cv-00652-JNP

## STIPULATION FOR DISMISSAL WITH PREJUDICE

    Plaintiffs and Defendant, pursuant to the Federal Rules of Civil Procedure, hereby move to dismiss this action with prejudice, a resolution of all matters in dispute having been made pursuant to a Settlement Agreement executed between the parties. The parties have stipulated in their agreement that the Court retain jurisdiction to enforce the terms and conditions of the Settlement Agreement.

Respectfully Submitted,

_____
Lawrence A. Fuller, Esq., *pro hac vice*
Allen D. Fuller, Esq., *pro hac vice*
Fuller, Fuller & Associates, P.A.
12000 Biscayne Boulevard, Suite 502
North Miami, FL  33181
Telephone: (305) 891-5199
Facsimile:  (305) 893-9505
lfuller@fullerfuller.com
afullermiami@gmail.com
and
Carolyn Perkins, Esq. (13469)
Law Offices of Carolyn Perkins
P.O. Box 52704
Salt Lake City, UT  84106
Telephone: (801) 405-9954
cperkins@12law.com
*Attorneys for Plaintiffs*

_____
Heinz J. Mahler. Esq.
Smith D. Monson, Esq.
Kipp and Christian, P.C.
10 Exchange Place, 4th Floor
Salt Lake City, UT  84111
Telephone: (801) 521-3773
Facsimile:  (801) 359-9004
hjmahler@kippandchristian.com
smonson@kippandchristian.com
*Attorneys for Defendant*

Date: _____

Date: _____